1  CAROLINE D. CIRAOLO
   Acting Assistant Attorney General
2

3  ALEXANDER STEVKO
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone:    (202) 616-2380
6  Facsimile:    (202) 307-0054
   E-Mail:       Alexander.stevko@usdoj.gov
7                Western.TaxCivil@usdoj.gov

8  JOHN S. LEONARDO
   District of Arizona
9  United States Attorney
   *Of Counsel*
10

11 *Attorneys for the United States of America*

12             IN THE UNITED STATES DISTRICT COURT FOR THE
                            DISTRICT OF ARIZONA
13

14

15 UNITED STATES OF AMERICA,        )
                                    )   Case No.
16        Petitioner,               )
                                    )   **DECLARATION OF REVENUE**
17     v.                           )   **OFFICER DEBORAH CONNORS**
                                    )   **IN SUPPORT OF PETITION TO**
18 RICHARD DRAKE,                   )   **ENFORCE INTERNAL REVENUE**
                                    )   **SERVICE SUMMONSES**
19        Respondent.               )
                                    )
20

21     I, Deborah Connors, pursuant to 28 U.S.C. § 1746, declare as follows:

22     1.    I am a duly commissioned revenue officer employed in the Small

23 Business/Self-Employed Division -- Southwest Area of the office of the Area Director of

24 the Internal Revenue Service ("IRS").

25

1

2. In my capacity as a revenue officer, I am conducting an investigation for the collection of the assessed federal employment tax liabilities (Form 941) of Drake Legal Group, PLC for tax periods ending June 30, 2012; March 31, 2014; June 30, 2014; and December 31, 2014.

3. The respondent, Richard Drake, is an attorney residing in Phoenix, Arizona. He is a member and statutory agent of Drake Legal Group, PLC.

4. I am authorized to issue IRS summonses pursuant to the authority of 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 25-1.

5. In accordance with 26 U.S.C § 7602, I issued an IRS summons to Mr. Drake for the purpose of aiding my investigation into finding means of collecting Drake Legal Group, PLC's federal tax liabilities for the tax periods at issue. The summons directed Mr. Drake to appear before an IRS officer at 1818 East Southern Avenue, Suite 15A, Mesa, Arizona, 85204-5230 on August 5, 2015 to testify, and to produce for examination books, papers, records, and other data relating to the collection of the tax liabilities under investigation, as described in the summons. A copy of the summons is attached as Exhibit A.

6. In accordance with 26 U.S.C. § 7603, I served the summons on June 23, 2015 by leaving an attested copy of the summons at Mr. Drake's last and usual place of abode, as evidenced by the certificate of service included with Exhibit A.

7. On August 5, 2015, Mr. Drake failed to appear and comply with the summons.

8. On September 2, 2015, I sent a letter to Mr. Drake by regular and certified mail providing him with a second and final opportunity to comply with the summons

before enforcement proceedings commenced. The letter required him to comply with the summons on September 21, 2015. A copy of the letter is attached as Exhibit B.

9. The certified letter was returned by the United States Post Office with the notations of "unclaimed" and "unable to forward." The letter sent by regular mail has not been returned as "undeliverable." A copy of the returned certified mail cover is attached as Exhibit C.

10. Mr. Drake failed to appear on September 21, 2015, and his refusal to comply with the summons continues to the date of this Declaration.

11. The documents and information demanded in the summons are not already in the possession of the IRS.

12. All administrative steps required by the Internal Revenue Code for issuance and service of the summons have been followed.

13. The documents and information demanded in the summons may be relevant to assist in collecting the employment tax liabilities of Drake Legal Group, PLC, and they are in Mr. Drake's possession and control.

14. There is no Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), in effect for Mr. Drake and Drake Legal Group, PLC.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 19th day of October, 2015.

DEBORAH CONNORS
Revenue Officer
Internal Revenue Services

# EXHIBIT A

# Summons

In the matter of  **DRAKE LEGAL GROUP PLC, 14500 N NORTHSIGHT BLVD STE 208, SCOTTSDALE, AZ 85260-3660**

Internal Revenue Service (Division): **SMALL BUSINESS/SELF EMPLOYED**

Industry/Area (name or number): **Small Business / Self Employed**

Periods: **Form 941 for the quarterly periods ending June 30, 2012, March 31, 2014, June 30, 2014 and December 31, 2014**

## The Commissioner of Internal Revenue

To: **RICHARD DRAKE**

At: **16411 N 39TH ST, PHOENIX, AZ 85032**

You are hereby summoned and required to appear before DEBORAH CONNORS, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

### SEE SUMMONS ATTACHMENT 1

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:

**1818 E. SOUTHERN AVE # 15A, MS: 5102 - MES, MESA  AZ  85204  (480) 503-7226**

Place and time for appearance at **1818 E. SOUTHERN AVE # 15A, MS: 5102 - MES, MESA, AZ 85204**

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

on the **5th** day of **August**, **2015** at **1:00** o'clock **p** m.

Issued under authority of the Internal Revenue Code this **23rd** day of **June**, **2015**

**DEBORAH CONNORS**    _signature_    **REVENUE OFFICER**
Signature of issuing Officer                                        Title

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

**NA**                                                              **NA**
Signature of Approving Officer (if applicable)                       Title

## SUMMONS ATTACHMENT to Form 2039

This summons requires the production of records pertaining to Drake Legal Group PLC.

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or business name for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

1. Copies of all bank signature cards from all open and closed accounts from January 2013 through date of compliance with the summons.

2. Copies of bank statements for all checking and savings accounts, merchant accounts, money market accounts, from January 1, 2013 through date of compliance with the summons.

3. List of all Account/ Notes Receivables including Names, Address, phone number, status of account, amount due from January 2014 through date of compliance with the summons

4. Copies of bills or statements for monthly recurring expenses of utilities, rent, insurance, insurance premiums, credit card statements from January 1, 2015 through date of compliance with the summons.

5. List of all investment assets, including but not limited to: stocks, bonds, mutual funds, stock options and certificates of deposits from January 1, 2013 through date of compliance with the summons.

6. List of all available credit, including lines of credit and credit cards, include complete name, address, account number, credit limit, amount owed from January 1, 2014 through date of compliance with the summons.

7. Statements from lenders on loans, monthly payments, payoffs, and balances for all business assets from January 2012 to present. Include copies of all UCC financing statements and accountant's depreciation schedules from January 2011 through date of compliance with the summons

8. List of all real property and land contracts the business owns/ leases or rents from January 1, 2013 through date of compliance with the summons.

9. List all vehicles owned, leased and purchased, include boats, RV's, motorcycles, trailers, mobile homes etc from January 1, 2014 through date of compliance with the summons.

10. Provide list of all business equipment include all machinery, equipment, merchandise inventory and any other assets, include the Uniform Commercial Code (UCC Filings). Include asset description, date purchased, date sold, current fair market value, current loan balance, amount of the monthly payment, location of the asset and lien holder/ lessor name, address and phone number, from January 1, 2014 through date of compliance with the summons.

11. Profit and Loss statements for January 1, 2014 through date of compliance with the summons.

12. Complete list of all assets that are/was owned by Drake Legal Group PLC since January 1, 2014 to the date of compliance with the summons. If the asset has been sold, during this time, then provide copy of the Bill of Sale for that asset, including who purchased the asset, date of sale and amount paid for the asset.

13. Copies of all payroll records, payroll summaries from January 1, 2015 to date of compliance.

14. Copies of the Articles of Organization, any changes, amendments, corporate minutes from July 2008 through date of compliance with the summons.

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 10-23-2015      Time: 12:30 pm

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Secured w/ front dr_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: _[signed]_      Title: _Revenue Officer_

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____      Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

Signature: _____      Title: _____

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____      Title: _____

Form **2039** (Rev. 10-2010)

# EXHIBIT B

Case 2:16-cv-00934-JJT   Document 2   Filed 10/22/15   Page 10 of 13



**OFFICE OF THE CHIEF COUNSEL**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
M/S 2200 PX
4041 N. CENTRAL AVE, STE 112
PHOENIX, ARIZONA 85012
(602) 636-9600
FAX: (602) 636-9601

SEP 0 2 2015

CC:SB:5:PNX:1:RLScotney
GL-127108-15

**Via Regular Mail, Certified Mail**

Richard Drake
16411 N. 39th St.
Phoenix, AZ 85032

Dear Mr. Drake:

    The Area Director of Internal Revenue has notified our office that you did not comply with the provisions of the Summons served on you on June 23, 2015. Under the terms of this Summons (copy enclosed), you were required to appear before Revenue Officer Deborah Connors on August 5, 2015.

    Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are personally required to appear before Revenue Officer:

        Name: Deborah Connors or her designee
        Date: Monday, September 21, 2015
        Time: 10:00 AM
    Address: 1818 E. Southern Ave., Ste. 15A
             MS 5102 MES
             Mesa, AZ 85204



CC:SB:5:PNX:GL-127108-15 2

    Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Deborah Connors at (480) 503-7226.

                      Sincerely,

                      RACHAEL J. ZEPEDA
                      Associate Area Counsel
                      (SB/SE Area 5, Group 1)

Enclosures:
    As stated

cc:    Deborah Connors, Revenue Officer

# EXHIBIT C

**CERTIFIED MAIL**

Internal Revenue Service
Office of Chief Counsel
Suite 112, M/S 2200PX
4041 N. Central Avenue
Phoenix, AZ 85012-5000

Official Business
Penalty for Private Use, $300

7015 0640 0007 2127 9047



PHOENIX AZ 852
02 SEP
$6.749
Route Undefined
Delivery Point
IRS Phoenix
PHXMS 2200

Richard Drake
16411 N. 39th St.
Phoenix, AZ 85032

NL 32106

NIXIE    850    5E    1

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 85812500099    *2214-09739-02-40